■   RALPH N. SOLODAR et al., as Executors of MARTIN A. KRINNER, Deceased, Appellants, v. WATKINS GLEN GRAND PRIX CORPORATION et al., Respondents.—

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.